RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
SONYA M. GORDON, State Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
       sgordon@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM VAN CAMP, INC. dba ELECTRONICS UNLIMITED,<br><br>Defendant. | Case No.  C-09-1235 RMW<br><br>**NOTICE OF DISMISSAL**<br><br>[F.R.C.P. 41(a)(1)]<br><br>Courtroom: Courtroom 6, 4th Floor<br>Location:     280 South 1st Street<br>                   San Jose, CA 95113<br>Judge:         Hon. Ronald M. Whyte |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

1  Dated: December 3, 2010                    Respectfully submitted,

2                                             NEYHART, ANDERSON,
                                              FLYNN & GROSBOLL
3
4                                             By:    /s/ Sonya M. Gordon
                                                    Sonya M. Gordon
5                                             Attorneys for Plaintiffs

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On December 3, 2010, I served the within:

**NOTICE OF DISMISSAL**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

JIM VAN CAMP, INC. dba ELECTRONICS UNLIMITED
2525 N. Fordham #101
Fresno, CA 93727

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 3, 2010, at San Francisco, California.

_____/s/ Sonya M. Gordon_____
Sonya M. Gordon

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

**NOTICE OF DISMISSAL**
**Case No. C-09-1235 RMW**