RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
SONYA M. GORDON, State Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
       sgordon@neyhartlaw.com

*E-FILED - 12/7/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JIM VAN CAMP, INC. dba ELECTRONICS UNLIMITED,<br><br>    Defendant. | Case No.  C-09-1235 RMW<br><br>**MOTION TO VACATE CASE MANAGEMENT CONFERENCE; [ ORDER**<br><br>[Local Rule 7-10(b)]<br><br>Date:    December 10, 2010<br>Time:    10:30 a.m.<br>Courtroom: Courtroom 6, 4th Floor<br>Location:   280 South 1st Street<br>                San Jose, CA 95113<br>Judge:    Hon. Ronald M. Whyte |

-1-

ADMINISTRATIVE MOTION TO VACATE CMC
Case No. C-09-1235 RMW

## ADMINISTRATIVE MOTION

Pursuant to Local Rule 7-10(b), Plaintiffs hereby respectfully request this Court vacate the Case Management Conference it set for December 10, 2010 at 10:30 a.m. pursuant to the Order, dated August 12, 2010 [Docket Doc. #14], because Plaintiffs have concurrently filed a Notice of Voluntary Dismissal with this Motion.

Dated: December 3, 2010

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: ___/s/ Sonya M. Gordon___
    Sonya M. Gordon
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 12/7/10

_/s/ Ronald M. Whyte_
U.S. District Court Judge

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

**ADMINISTRATIVE MOTION TO VACATE CMC**
**Case No. C-09-1235 RMW**